UNITED STATES BANKRUPTCY COURT

DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br>DORIS RODRIGUEZ-MARTIN<br>Debtor(s) | CASE NO: 19-06282 EAG<br><br>CHAPTER 13 |

MOTION TO CONTINUANCE CONFIRMATION HEARING
SCHEDULED FOR MARCH 11, 2020 at 9:30 AM

TO THE HONORABLE COURT:

COMES NOW, debtor(s) through the undersigned attorney and to this Honorable Court respectfully states, alleges and prays as follows:

1. This Honorable Court scheduled a confirmation hearing for debtor´s chapter 13 plan for March 11, 2020 at 9:30 AM.

2. On March 11, 2020 at 8:00 AM, the undersigned attorney has two 341 meetings in the Ochoa Building, 500 Tanca Street, San Juan PR, which makes it impossible to attend the aforementioned confirmation hearing.

3. Debtor respectfully understands that the continuance of confirmation hearing would be in the best interest of all creditors and to the estate and the continuance of this hearing complies with the requirements of section 11 USC § 1324 (b).

WHEREFORE, debtor VERY RESPECTFULLY requests from this Honorable Court to take notice of the information provided in this motion and in consequence allow debtor and for the benefit of creditors and the estate, the continuance of confirmation hearing.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this same date and by electronic ECF/CNF filing system, copy of this motion has been sent to Mr. Jose R. Carrion-Morales, Esq. Standing Chapter 13 Trustee and to all interested parties as per attached Master Address List.

Respectfully Submitted,

In Mayaguez, Puerto Rico, this 9 day of March, 2020

PUERTO RICO LEGAL ADVISORS, LLC
Attorney for petitioners
182 Sur Ramon Emeterio Betances
Mayaguez PR 00680
Tel: (787) 265-1111
Fax: (787) 831-5291
Email: mrplawoffices@gmail.com

ELECTRONICALLY FILED
/S/ Marggie Rodríguez-Pérez, Esq.,
USDC PR 303608

MASTER ADDRESS LIST

DORIS RODRIGUEZ MARTIN
URB VALLE VERDE
CALLE 3 B 16
SAN GERMAN, PR 00683


MARGGIE RODRIGUEZ-PEREZ
PUERTO RICO LEGAL ADVISORS, LLC
182 SUR RAMON EMETERIO BETANCES
MAYAGUEZ, PR 00680


ISLAND FINANCE
BANKRUPTCY DEPT
PO BOX 195369
SAN JUAN, PR 00919-5369


ISLAND FINANCE PLUS
PO BOX 266
SAN GERMAN, PR 00683


PREFERRED CREDIT
PO BOX 70157
SAN JUAN, PR 00936-8157


PREFERRED CREDIT INC
PO BOX 1970
SAINT CLOUD, MN 56302-1970


SANTANDER FINANCIAL / ISLAND FINANCE DIV
PO BOX 195369
SAN JUAN, PR 00919-5369


SCOTIABANK DE PUERTO RICO
PO BOX 362394
SAN JUAN, PR 00936